**FILED**
September 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:12-cr-00328-WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| EDWARD KHALFIN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Edward Khalfin; Case 2:12-cr-00328-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  __   Bail Posted in the Sum of _____

  __   Unsecured Appearance Bond in the amount of $50,000, co-signed by defendant's wife.

  __   Appearance Bond with 10% Deposit

  __   Appearance Bond secured by Real Property

  __   Corporate Surety Bail Bond

  _X_  (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 9/24/2012 at 2:20 p.m.

By _____
Carolyn K. Delaney
United States Magistrate Judge