1  Kresta Nora Daly, SBN 199689
   Thomas W. Barth, SBN 154075
2  **BARTH TOZER & DALY LLP**
   431 "I" Street, Suite 201
3  Sacramento, California 95814
   Telephone: (916) 440-8600
4  Facsimile:  (916) 440-9610
   Email:  kdaly@btdlegal.com
5
   Attorneys for Defendant
6  ROBIN DIMICELI

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case No. 2:12-CR-00328-WBS

12          Plaintiff,
                                             **STIPULATION AND ORDER**
13      v.

14  ROBIN DIMICELI, et al,

15          Defendants.

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and

19  defendants, by and through their counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on December 18, 2012.

21          2.      By this stipulation, defendants now move to continue the status conference

22  until February 25, 2013 at 9:30 a.m. and to exclude time between December 17, 2012 and

23  February 25, 2013 under Local Code T4.  Plaintiff does not oppose this request.

24          3.      The parties agree and stipulate, and request that the Court find the

25  following:

26          (a)     The government has represented that the discovery associated with

27  this case includes multiple gigabytes of investigative reports and related documents in PDF

28  format totaling more than 40,000 pages.  Defense counsel is in the process of reviewing the

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

information.  Defense counsel and each of them have not completed their review and are therefore unprepared to meet and confer with the government to resolve discovery issues.

(b)     Counsel for defendants desire additional time to consult with each of their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with each of their clients, to prepare pretrial motions and otherwise prepare for trial.

(c)     Counsel for defendants believe failure to grant the above-requested continuance would deny each of them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d)     The government does not object to the continuance.

(e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(f)     For the purpose of computing time under the Speedy Trial Act, Title 18, United States Code Section 3161, *et seq.*, within which trial must commence, the time period of December 17, 2012 to February 25, 2012, inclusive, is deemed excludable pursuant to Title 18, United States Code Section 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

(g)     This case involves multiple witnesses and multiple defendants and concerns allegations of mortgage fraud in three separate but related cases: 2:12-CR-327; 2:12-CR-0329 and 2:12-CR-0330.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

{00007515}

It is so stipulated.

Dated:  December 12, 2012.

           /s/Lee Bickely
           Assistant United States Attorney LEE BICKLEY


Dated:  December 12, 2012.       BARTH TOZER & DALY LLP


        By    /s/Kresta Nora Daly
           KRESTA NORA DALY
       Attorneys for Defendant ROBIN DIMICELI


Dated:  December 12, 2012.


           /s/Marcus Daniel Merchasin
           MARCUS DANIEL MERCHASIN
       Attorney for Defendant EDWARD KHALFIN


## ORDER

IT IS SO ORDERED.


Dated:  December 17, 2012


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE