BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00328 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| VOLODYMYR DUBINKSKY, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Edward Khalfin and Robin Dimiceli, by and through their counsel of record, [1] hereby stipulate as follows:

    1.    By previous order, this matter was set for status on December 2, 2013.

    2.    By this stipulation, defendants now move to continue the status conference until January 27, 2014 at 9:30 a.m. and to exclude time between December 2, 2013 and January 27, 2014, under Local Code T4.  The United States does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 40,000

---

[1]  Defendants Volodymyr Dubinsky and Leonid Dubinsky are believed to be fugitives and have not made their appearances in this case.

Stipulation for Continuance of Status Hearing and for Exclusion of Time      1

1  pages of discovery.  All of this discovery has been either produced directly to counsel and/or made
2  available for inspection and copying.
3        b.    Counsel for defendants desire additional time to consult with each of their clients,
4  to review the current charges, to conduct investigation and research related to the charges, to review and
5  copy discovery for this matter, to discuss potential resolutions with each of their clients, to prepare
6  pretrial motions and otherwise prepare for trial.
7        c.    Counsel for defendants believe that failure to grant the above-requested
8  continuance would deny them the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence.
10        d.    The United States does not object to the continuance.
11        e.    Based on the above-stated findings, the ends of justice served by continuing the
12  case as requested outweigh the interest of the public and the defendants in a trial within the original date
13  prescribed by the Speedy Trial Act.
14        f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15  et seq., within which trial must commence, the time period of December 2, 2013 to January 27, 2014
16  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
17  results from a continuance granted by the Court at defendant's request on the basis of the Court's finding
18  that the ends of justice served by taking such action outweigh the best interest of the public and the
19  defendant in a speedy trial.
20      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
21  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
22  must commence.

Stipulation for Continuance of Status Hearing and for Exclusion of Time     2

IT IS SO STIPULATED.

DATED: November 21, 2013         BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Todd A. Pickles*
                                 TODD A. PICKLES
                                 LEE S. BICKLEY
                                 Assistant United States Attorneys

                                 For the UNITED STATES OF AMERICA

DATED: November 21, 2013         */s/ Todd A. Pickles for*
                                 MARCUS MERCHASIN, ESQ.

                                 For defendant EDWARD KHALFIN

DATED: November 21, 2013         BARTH, TOZER & DALY LLP

                                 */s/ Todd A. Pickles for*
                                 KRESTA NORA DALY, ESQ.

                                 For defendant ROBIN DIMICELLI

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  November 21, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE