Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
ROBIN DIMICELI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBIN DIMICELI and EDWARD KHALFIN,<br><br>Defendants. | CASE NO.  2:12-CR-0328 WBS<br><br>STIPULATION REGARDING CONTINUATION OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Robin Dimiceli and Edward Khalfin, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on August 4, 2014;

2. By this stipulation, defendants now move to continue the status conference until October 6, 2014, and to exclude time between August 4, 2014 and October 6, 2014, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case

1  includes investigative reports and files totaling more than 40,000 pages.  This discovery was either

2  produced directly to counsel and/or made available for inspection and copying.  Defense counsel is in

3  the process of reviewing this information and discussing discovery issues with the United States.

4          Subsequent to the initial discovery production the government produced

5  several thousand additional pages of discovery mostly consisting of witness interviews.

6      b.    Counsel for the defendants desire additional time to consult with each of their

7  clients, to review the current charges, to conduct investigation and research related to the charges, to

8  review and copy discovery for this matter, to discuss potential resolutions with each of their clients,

9  to discuss their representation with their clients, to prepare pretrial motions and otherwise prepare for

10 trial.

11     c.    Counsel for the defendants believe that failure to grant the above-requested

12 continuance would deny each of them the reasonable time necessary for effective preparation, taking

13 into account the exercise of due diligence.

14     d.    The government does not object to the continuance.

15     e.    Based on the above-stated findings, the ends of justice served by continuing

16 the case as requested outweigh the interest of the public and the defendants in a trial within the

17 original date prescribed by the Speedy Trial Act.

18     f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

19 3161, et seq., within which trial must commence, the time period of August 4, 2014 to October 6,

20 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

21 because it results from a continuance granted by the Court at each defendant's request on the basis of

22 the Court's finding that the ends of justice served by taking such action outweigh the best interest of

23 the public and the defendants in a speedy trial.

24     g.    This case involves multiple witnesses and multiple defendants and concerns

25 allegations of mortgage fraud in three separate but related cases, 2:12-CR-0327, 2:12-CR-0329 and

26 2:12-CR-0330.  The most recent set of discovery provided by the government discloses some

27 relationship between certain defendants in this case and individuals involved in *United States v. Vera*

BARTH DALY LLP
Attorneys At Law
Sacramento, California

*Kuzmenko* et al, 2:11-CR-0210.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 21, 2014

/s/   Kresta Daly for
Lee S. Bickley
Assistant United States Attorney

DATED: July 21, 2014

/s/   Kresta Daly
Kresta Nora Daly
Counsel for Defendant Robin Dimiceli

DATED: July 21, 2014

/s/   Kresta Daly for
Marcus Daniel Merchasin
Counsel for Defendant Edward Khalfin

**O R D E R**

    IT IS SO FOUND AND ORDERED.

Dated: July 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{11980}