1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00328 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| EDWARD KHALFIN and ROBIN DIMICELI, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Edward Khalfin and Robin Dimiceli, by and through their counsel of record, [1] hereby stipulate as follows:

1. By previous order, this matter was set for status on January 12, 2015 for the purpose of discussing the trial date for this case which has not yet been set.

2. By this stipulation, defendants now move to continue the status conference until April 20, 2015 to coincide with the hearing on defendant Dimiceli's motion to sever [Dckt. No. 64]. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

---

[1] Defendants Volodymyr Dubinsky and Leonid Dubinsky are believed to be fugitives and have not made their appearances in this case.

Stipulation for Continuance of Status Hearing and for Exclusion of Time                1

1      a.    The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 40,000 pages of discovery.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b.    Counsel defendant Khalfin is considering whether to join in the motion to sever and also anticipates filing a separate motion for a bill of particulars to be heard in the magistrate court.

     c.    Counsel for the defendants believe that it is appropriate to continue the status hearing to April 20, 2015, at which time or shortly thereafter the parties will be better positioned to know whether the counts relating to defendant Khalfin will be tried together or separately with those for defendant Dimiceli and therefore the parties can request an appropriate trial date or dates.

     d.    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     e.    The United States does not object to the continuance of the status hearing in light of the pending motion to sever.

     f.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

     g.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2015 to April 20, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E] during the pendency of defendant's motion to sever.  Further, the parties agree that the same time period is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

Stipulation for Continuance of Status Hearing and for Exclusion of Time     2

must commence.

      IT IS SO STIPULATED.

| | |
|---|---|
| DATED: January 8, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Todd A. Pickles*<br>TODD A. PICKLES<br>LEE S. BICKLEY<br>Assistant United States Attorneys<br><br>For the UNITED STATES OF AMERICA |
| DATED: January 8, 2015 | */s/ Todd A. Pickles for*<br>MARCUS MERCHASIN, ESQ.<br><br>For defendant EDWARD KHALFIN |
| DATED: January 8, 2015 | BARTH, TOZER & DALY LLP<br><br>*/s/ Todd A. Pickles for*<br>KRESTA NORA DALY, ESQ.<br><br>For defendant ROBIN DIMICELLI |

**O R D E R**

      IT IS SO FOUND AND ORDERED.

Dated: January 12, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE