BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD KHALFIN AND ROBIN DIMICELI,<br><br>    Defendants. | CASE NO. 2:12-CR-00328 WBS<br><br>ORDER RE: SCHEDULING TRIAL AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: April 20, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

On April 20, 2015, the Court held a status conference in this case. Assistant United States Attorney Lee S. Bickley appeared on behalf of plaintiff, the United States of America. Kresta Daly and Marcus Merchasin appeared on behalf of their clients Robin Dimiceli and Edward Khalfin, who were present and out of custody.

The Court heard argument on Robin Dimiceli's motion to sever the trial. The defendant withdrew her motion and the Court ordered the defendant's motion to sever withdrawn without prejudice to be refiled after the defendant files a motion for a bill of particulars.

At the request of the defendants, this Court set a trial date in this case of October 27, 2015. The United States requested an earlier trial date. TCH was set at the request of the defendants for September 14, 2015.

[PROPOSED] ORDER RE: SCHEDULING TRIAL AND EXCLUDING TIME

1

The Court also granted the defendants' request for an exclusion of time from April 20, 2015, to, and including October 27, 2015, pursuant to Local Code T4 in order for further defense preparation.  All the defendants requested this continuance and exclusion of time for effective defense preparation.  All the defendants agreed that they needed until October 27 to prepare for trial.  All the defendants agreed that the ends of justice served by taking such an action outweighed the best interests of the public and the defendants in a speedy trial.  The government did not object to this request.  This is a large mortgage fraud case with approximately 40,000 pages of discovery.  The Court found at the status conference (and finds again through this order) that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  The Court therefore excluded time from April 20, 2015, to, and including, October 27, 2015, from computation of time within which the trial of this matter must be commenced, pursuant to Local Code T4.

Dated:  April 20, 2015

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE