BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN DIMICELI, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:12-CR-00328 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO TAKE THE DEPOSITION OF HOWARD WING |

**STIPULATION**

The United States of America, through the undersigned Assistant United States Attorney, and defendants Robin Dimiceli and Eduard Khalfin, through their undersigned counsel of record, hereby agree and stipulate to the following.

1.　This matter is currently set for trial on October 27, 2015.

2.　The Indictment charge defendants with numerous counts of mail fraud and making false statements in a loan application, including in relation to the purchase of properties by Howard Wing.

3.　On September 9, 2015, counsel for the United States was informed by counsel for Mr. Wing that Mr. Wing has a serious medical condition that may affect his ability to travel or to testify at a trial in this case on October 27, 2015 or thereafter.

4.　On September 11, 2015, counsel for the United States, for Ms. Dimiceli, and Mr. Wing participated in a conference call with Mr. Wing's physician about his current medical condition and

prognosis.

5.      Based upon Mr. Wing's current medical condition and prognosis, the parties agree that there are exception circumstances and it is in the interests of justice to permit the taking of Mr. Wing's deposition to preserve his testimony for trial pursuant to Rule 15(a)(1) of the Federal Rules of Criminal Procedure.

6.      The parties further respectfully request the Court's consent, pursuant to Rule 15(h), to take the deposition of Mr. Wing.

7.      Nothing in the stipulation waives any parties' right to object to the admissibility of Mr. Wing's testimony at trial on any ground, including Mr. Wing's availability to testify at trial or his competency to testify.

IT IS SO STIPULATED.

DATED: September 14, 2015          BENJAMIN B. WAGNER
                                   United States Attorney

                                    */s/ Todd A. Pickles*
                                   TODD A. PICKLES
                                   ROGER YANG
                                   Assistant United States Attorney

                                   For the UNITED STATES OF AMERICA


DATED: September 14, 2015          BARTH, TOZER & DALY LLP

                                    */s/ Kresta Nora Daly*
                                   KRESTA NORA DALY, ESQ.

                                   For defendant ROBIN DIMICELLI


DATED: September 14, 2015           */s/ Marcus Merchasin*
                                   MARCUS MERCHASIN, ESQ.

                                   For defendant Edward Khalfin

STIPULATION AND PROPOSED ORDER TO          2
TAKE DEPOSITION OF HOWARD WING

**ORDER**

The Court hereby ADOPTS the parties' stipulation. Accordingly, pursuant to Rules 15(a)(1) and 15(h) of the Federal Rules of Criminal Procedure, the Court hereby permits the parties to take the deposition of Howard Wing in the manner permitted under Rule 15.

IT IS SO ORDERED.

Dated: September 14, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE