BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>EDWARD KHALFIN,<br><br>            Defendant. | CASE NO. 2:12-CR-00328-03 WBS<br><br>ORDER TO DISMISS COUNTS 18 AND 36 OF THE INDICTMENT AGAINST EDWARD KHALFIN |

[~~PROPOSED~~] ORDER

This matter came before the Court on the United States's request to dismiss Counts 18 and 36 of the Indictment against defendant Edward Khalfin in the interests of justice [Dckt. No. 109]. The Court hereby ORDERS that Counts 18 and 36 of the Indictment are DISMISSED against defendant Edward Khalfin only.

IT IS SO ORDERED.

Dated: October 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE