Marcus Daniel Merchasin, SBN 055927
Attorney and Counselor at Law
Private Mail Box 394
5095 Napilihau Street, Suite 109B
Lahaina, Hawaii 96761

Telephone Number: 1.415.678.2700
Facsimile Number:  1.415.520.0426
E-Mail Address: marcus@merchasin.com

Attorney for Defendant Edward Khalfin

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> EDWARD KHALFIN, <br><br> *Defendants.* | CASE NUMBER: 2:12-CR-0328-03 WBS <br><br> STIPULATION CONTINUING SENTENCING HEARING; [~~PROPOSED~~] ORDER |

Defendant Edward Khalfin by and through counsel of record and Plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. That sentencing set for February 1, 2016 be vacated. The parties request a new sentencing for May 23, 2016. Probation has been informed of the requested dates and has no objections.

2. The Proposed Presentence Report shall be disclosed to counsel no later than April 11, 2016.

3. Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing Counsel no later than April 25, 2016.

4. The Presentence Report shall be filed with the Court and disclosed to Counsel no later than May 2, 2016.

5. Motion for correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than May 9, 2016.

6. Any replies or statements of non-opposition shall be filed with the Court and served on the Probation Officer and Opposing Counsel no later than May 16, 2016.

IT IS SO STIPULATED.

Dated: November 19, 2015         By:    /s/ Marcus Daniel Merchasin for
                                 Todd Pickles
                                 Assistant United States Attorney

Dated: November 19, 2015              /s/ Marcus Daniel Merchasin
                                 Marcus Daniel Merchasin
                                 Attorney for Defendant Edward Khalfin

## ORDER

The sentencing date of February 1, 2016 is vacated. The new sentencing date will be May 23, 2016 at 9:00 a.m. The Disclosure Schedule is re-set as follows:

1. The Proposed Presentence Report shall be disclosed to counsel no later than April 11, 2016.

2. Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing Counsel no later than April 25, 2016.

3. The Presentence Report shall be filed with the Court and disclosed to Counsel no later than May 2, 2016.

4. Motion for correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than May 9, 2016.

5. Any replies or statements of non-opposition shall be filed with the Court and served on the Probation Officer and Opposing Counsel no later than May 16, 2016.

**IT IS SO ORDERED.**

Dated: November 19, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE